UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| 3-J HOSPITALITY, LLC, a Florida limited liability company d/b/a AMERICA'S BACKYARD,<br><br>Plaintiff,<br><br>vs.<br><br>2K CLEVELANDER, LLC, a Florida limited liability company d/b/a THE CLEVELANDER SOUTH BEACH,<br><br>Defendant.<br>_____/ | Case No. 1:13-cv-23328-KMM |

## STIPULATION OF DISMISSAL WITH PREDUDICE

**WHEREAS,** the undersigned attorneys and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree that this case has been resolved with each party to bear its own attorney's fees and costs and that an Order be entered dismissing this action with prejudice.

DATED: June 20, 2014.                              Respectfully submitted,

| | |
|---|---|
| **KOPELOWITZ OSTROW P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 200 S.W. 1st Avenue, Suite 1200 | 1645 Palm Beach Lakes Blvd., Second Floor |
| Fort Lauderdale, FL 33301 | West Palm Beach, Florida 33401 |
| Telephone: (954) 525-4100 | Telephone: (561) 383-9234 |
| Facsimile: (954) 525-4300 | Facsimile: (561) 683-8977 |
| | |
| By: /s/ Jason H. Alperstein | By: /s/ Brett L. Goldblatt |
|     BRIAN R. KOPELOWITZ |     S. JONATHAN VINE |
|     Fla. Bar No. 97225 |     Fla. Bar No. 010966 |
|     kopelowitz@kolawyers.com |     Jonathan.Vine@csklegal.com |
|     JASON H. ALPERSTEIN |     BRETT L. GOLDBLATT |
|     Fla. Bar No. 064205 |     Fla. Bar No. 085920 |
|     alperstein@kolawyers.com |     Brett.Goldblatt@csklegal.com |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2014, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system, which will cause a true and correct copy to be served via e-mail on all ECF-registered counsel of record.

*/s/ Jason H. Alperstein*
Jason H. Alperstein